UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Honorable Katharine S. Hayden

      v.    :    Criminal No. 12-133(KSH)

MAHDI SOCARA    :    <u>ORDER FOR CONTINUANCE</u>

      This matter having come before the Court upon the application of defendant Mahdi Socara (Lisa Mack, Esq., appearing), and there being no objection by Paul J. Fishman, United States Attorney for the District of New Jersey (Frances C. Bajada, Assistant U.S. Attorney, appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1)  there is a voluminous amount of paper discovery and numerous audio recordings most of which are in Farsi that defense counsel requires adequate time to review;

      (2)  Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be

permitted a reasonable amount of additional time for effective preparation in this matter; and

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS, therefore, on this 14th day of March, 2012**,

**ORDERED** that this action be, and hereby is, continued until **June 18, 2012**; and it is further

**ORDERED** that:

Pretrial motions shall be filed by: **April 9, 2012**

Opposition shall be filed by: **April 23, 2012**

Motions hearing with oral argument is scheduled for: **May 16, 2012 at 10:00 a.m.**

Trial shall commence on: **June 18, 2012 at 9:00 a.m.**; and it is further

**ORDERED** that the period from the date of this order through **June 18, 2012** shall be excludable in computing time under

the Speedy Trial Act of 1974.

                                             /s/ Katharine S. Hayden
                                          _____
                                          KATHARINE S. HAYDEN
                                          United States District Judge

Form and entry
consented to:


_____
FRANCES C. BAJADA
Assistant U.S. Attorney


_____
LISA MACK, A.F.P.D.
Counsel for defendant Mahdi Socara